**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 10-28864
 §
EDUARDO BERNAL PEREYRA § 
 §
 §
 Debtor §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/29/2010. The undersigned trustee was appointed on 06/29/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $65,576.99

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $1,751.39 |
   | Bank service fees | $1,350.07 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $37,680.97 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $24,794.56 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/24/2011 and the deadline for filing government claims was 02/24/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,539.60. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,539.60, for a total compensation of $3,539.60[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/28/2014     By:  /s/ Horace Fox, Jr.
                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1     Exhibit A

| Case No.: | 10-28864 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | PEREYRA, EDUARDO BERNAL | Date Filed (f) or Converted (c): | 06/29/2010 (f) |
| For the Period Ending: | 4/28/2014 | §341(a) Meeting Date: | 08/31/2010 |
| | | Claims Bar Date: | 02/24/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1247 N. Artisian, Chicago Illinois 60622 | $175,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Schedule D amended to show lien of 312k+ Order abandoning 2.8.11 | | | | | |
| 2 | Lakeside Bank Checking Account 55 W. Wacker Dr. Chicago, IL 60601 | $85.00 | $84.99 | | $0.00 | FA |
| Asset Notes: | Debtor has liberal right to amend to take available exemption for bank. account | | | | | |
| 3 | Location: 1247 North Artesian, Chicago IL 60622 Living room furniture $500; family room furniture $750; dining room furniture $300; Kitchen items $200; Bedroom furniture $450; Personal Items $1150 located in garage and basement | $3,350.00 | $0.00 | | $0.00 | FA |
| 4 | MulinTBG Farmers Agency Force Deferred Compensation Plan/ pension | $12,068.41 | $0.00 | | $0.00 | FA |
| 5 | Past due rent for tenant living in Unit 2 of 1247 N. Artesian Chicago, IL 60622 Tenant is unemployed and Debtor/Landlord has been allowing tenant to make whatever payments tenant can to stay in property | $6,000.00 | $6,000.00 | | $0.00 | FA |
| Asset Notes: | Tenant is unemployed having no ability to pay. | | | | | |
| 6 | Farmers Group Inc. Comissions due debtor, from insurance renewals. (u) | $0.00 | $6,649.59 | | $44,330.56 | FA |
| Asset Notes: | There may be more renewal commissions coming. Pursuant to amended C filed 1.6.12 exemption claimed (85% earnings) renewal premiums. When 85% check written to debtor, for exemption, there was $43,705.21 in the account (85% of which is 37,149.42)Correct figure, taking into account interest and debits is 44,330.56 (85% of which is 37680.97) of which 37149.42 has been paid. Pay the difference to debtor, 531.55 to debtor all of which had been received from State Farm for renewal premiums. | | | | | |
| 7 | estate portion of debtor contract with Farmer's (u) | $0.00 | $21,233.00 | | $21,233.00 | FA |
| 8 | Refund 2010 (u) | $0.00 | $0.00 | | $1.40 | FA |
| 9 | Refund 2011 (u) | $0.00 | $0.00 | | $5.96 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $6.07 | Unknown |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2     Exhibit A

| Case No.: | 10-28864 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | PEREYRA, EDUARDO BERNAL | Date Filed (f) or Converted (c): | 06/29/2010 (f) |
| For the Period Ending: | 4/28/2014 | §341(a) Meeting Date: | 08/31/2010 |
| | | Claims Bar Date: | 02/24/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**TOTALS (Excluding unknown value)**

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
|  | $196,503.41 | $33,967.58 |  | $65,576.99 | $0.00 |

**Major Activities affecting case closing:**

Claim 6 (ins. company) also late filed unsecured.

Lois West hired 12.1.13  Taxes completed. 2.2.14

Claims 4, 5 and 6 tardy, unsecured.

Most pay the 85% exemption (735 ILCS section 5/12-803) before final report because there is no place in uniform reports to record exemption expenditures. 4.17.14
Wrote a check to debtor for 85% of the account balance, since debtor filed a proper exemption for 85% of what came in post petition as wages.  Have a case that supports that result.
Debtor will no longer be working for State Farm and there should be no more money coming in from renewal commissions for business previously written.  6.21.12

Forms 1 and 2 to accountant re: taxes 7.31.12

Farmer's states they will pay a portion of the debtor's contract value to the bankruptcy estate, $21,233.  8.15.12

Last installment on value of debtor's contract to be mailed  12.31.12.

Remainder of value of contract between debtor and Farmer's came in 12.21.12.
Asked attorney to file motion to approve and accountant to prepare taxes ( appoint her ).12.27.12

Requested status on taxes and motions to appoint and compromise. 1.12.13

Examined claims, all are unsecured, non priority and before the claims bar date, except claims 4 and 5, both for American Express. 3.21.13

Last pay received on bankruptcy estate portion of value of contract.  Approve sale. 7.29.13

Examined claims 10.28.13

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3     Exhibit A

| Case No.: | 10-28864 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | PEREYRA, EDUARDO BERNAL | | | Date Filed (f) or Converted (c): | 06/29/2010 (f) |
| For the Period Ending: | 4/28/2014 | | | §341(a) Meeting Date: | 08/31/2010 |
| | | | | Claims Bar Date: | 02/24/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

New attorney and I are looking for a way to value the remainder of the renewal commissions as a basis for settlement. New attorney said he would amend exemptions, claiming 85% as income.

New attorney claimed proper exemption claiming 85% as wages. 1.6.12

Check came in 3.9.12

Spoke to Farmers to determine how much money there is left to come in on renewal premiums. Then we can settle, but will be limited to 15% of what is collected. 3.12.12
Debtor says he can not settle, due to 29k deducted from check, but we need a settlement to close. No attorney time this case, no claims need to objected to. 10.13.11

Spoke to new debtor's attorney, Augenlicht, re fining out what is the remainder of the universe of renewal commissions and agreeingon a number, filing a motion to approve and settling finally. New counsel said he would file amended C claiming 85% of bk estate bank account as income. I would call this pre petition $ and therefore property of the estate, b/c they are from policies that were written before the bk filing and were renewed after the filing. Informed Augenlich to copy Bruce de 'Medici on all correspondence.
New attorney for debtor robert J. Augenlicht, Kurtz and Augenlicht raugenlicht@kalawchi.com
Maybe another 6k or so. Farmer's attorney back from maternity leave. Need to settle this case. Getting data of what he has earned in the last year, upon which to base settlement figure. 3.2.2011
Farmer's apportions renewal commisions: non Farmers 50% each to debtor and bankruptcy estate and Farmers 40% to debtor and 60% to bankruptcy estate. Spoke to Farmers today and have previously spoken to debtor's attorney about coming to a settlment on future commissions to avoid having to keep case open as money dribbles in. I will get a history upon which to base any agreement we come to. 1.28.2011
Recieved check 11.22.10 from Farmers for renewal insurance comissions. Got second check from Farmers.
Assets equals commmissions from Farmers. Looking at law on commissions earned.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2011 | **Current Projected Date Of Final Report (TFR):** | 04/18/2014 | /s/ HORACE FOX, JR. |
|---|---|---|---|---|
| | | | | HORACE FOX, JR. |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 10-28864 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | PEREYRA, EDUARDO BERNAL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7894 | Checking Acct #: | ******6401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/29/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/28/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $26,837.66 | | $26,837.66 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $9.77 | $26,827.89 |
| 08/08/2011 | (6) | Farmers Group, Inc. | Insurance premium renewal | 1221-000 | $1,400.64 | | $28,228.53 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $44.96 | $28,183.57 |
| 09/13/2011 | (6) | Farmers Group, Inc. | Insurance premium renewal | 1221-000 | $2,485.17 | | $30,668.74 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $49.40 | $30,619.34 |
| 10/12/2011 | (6) | Farmer's Group Inc. | Insurance premium renewal | 1221-000 | $1,670.24 | | $32,289.58 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $47.87 | $32,241.71 |
| 11/08/2011 | (6) | Farmer's Group | Insurance premium renewal | 1221-000 | $2,055.36 | | $34,297.07 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $52.59 | $34,244.48 |
| 12/08/2011 | (6) | Farmers Group Inc. | Insurance premium renewal | 1221-000 | $1,969.17 | | $36,213.65 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $57.61 | $36,156.04 |
| 01/10/2012 | (6) | Farmers Group, Inc. | Insurance renewal fee | 1221-000 | $2,179.98 | | $38,336.02 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $60.72 | $38,275.30 |
| 02/06/2012 | (6) | Farmers Group, Inc. | Insurance renewal fee | 1221-000 | $1,356.94 | | $39,632.24 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $38.28 | $39,593.96 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $59.30 | $39,534.66 |
| 03/09/2012 | (6) | Farmers Group, Inc. | Insurance renual fee | 1221-000 | $1,598.96 | | $41,133.62 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $67.60 | $41,066.02 |
| 04/09/2012 | (6) | Farmers Group, Inc. | Insurance renewal fee | 1221-000 | $1,540.57 | | $42,606.59 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $63.67 | $42,542.92 |
| 05/07/2012 | (6) | Farmers Group, Inc. | Insurance renewal commission | 1221-000 | $165.09 | | $42,708.01 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $68.85 | $42,639.16 |
| 06/11/2012 | (6) | Farmers Group, Inc. | Insurance renewal fee | 1221-000 | $1,066.05 | | $43,705.21 |
| 06/21/2012 | 5002 | EDUARDO BERNAL PEREYRA | Amount to be paid to debtor % 85 exemptions. | 8100-002 | | $37,149.42 | $6,555.79 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $56.37 | $6,499.42 |
| 10/02/2012 | (7) | Farmers Group, Inc. | value of contract between debtor and Farmers(2 installments). | 1229-000 | $18,111.14 | | $24,610.56 |
| | | | **SUBTOTALS** | | $62,436.97 | $37,826.41 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-28864 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | PEREYRA, EDUARDO BERNAL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7894 | Checking Acct #: | ******6401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/29/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/28/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/06/2012 | | Green Bank | Bank Service Fee for November, 2012 | 2600-000 | | $40.99 | $24,569.57 |
| 12/21/2012 | (7) | Farmer Group, Inc. | second installment of value of contract between debtor and Farmers. | 1229-000 | $3,121.86 | | $27,691.43 |
| 01/07/2013 | | Green Bank | Bank Service Fee for December, 2012 | 2600-000 | | $38.39 | $27,653.04 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $44.63 | $27,608.41 |
| 02/05/2013 | 5003 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $32.75 | $27,575.66 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $40.21 | $27,535.45 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $44.43 | $27,491.02 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $42.93 | $27,448.09 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $47.15 | $27,400.94 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $39.93 | $27,361.01 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $44.15 | $27,316.86 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $46.92 | $27,269.94 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $39.74 | $27,230.20 |
| 09/30/2013 | 5004 | Department of the Treasury | 2011 tax return-Internal Revenue Services tax fees | 2810-000 | | $762.00 | $26,468.20 |
| 09/30/2013 | 5005 | Illinois Department Of Revenue | 2011 Tax Return Il dept of Revenue | 2820-000 | | $741.00 | $25,727.20 |
| 09/30/2013 | 5006 | Illinois Department of Revenue | 2010 Tax Return Il Dept Of Revenue | 2820-000 | | $145.00 | $25,582.20 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $41.74 | $25,540.46 |
| 11/27/2013 | (8) | JUDY BAAR TOPINKA | Income Tax Refund Period ending 2010 | 1229-000 | $1.40 | | $25,541.86 |
| 11/27/2013 | (9) | JUDY BAAR TOPINKA | Income Tax Period ending 12-2011 | 1229-000 | $5.96 | | $25,547.82 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $41.21 | $25,506.61 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $39.83 | $25,466.78 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $43.74 | $25,423.04 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $37.05 | $25,385.99 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $38.32 | $25,347.67 |
| 04/01/2014 | 5007 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $21.56 | $25,326.11 |
| 04/16/2014 | 5008 | PEREYRA, EDUARDO BERNAL | Exemption balance of $531.55 paid (37680.97-37,149.42 previously paid) to debtor. 4.17.14 | 8100-002 | | $531.55 | $24,794.56 |
| | | | SUBTOTALS | | $3,129.22 | $2,945.22 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-28864 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | PEREYRA, EDUARDO BERNAL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7894 | Checking Acct #: | ******6401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/29/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/28/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | TOTALS: | | $65,566.19 | $40,771.63 | $24,794.56 |
| | | | Less: Bank transfers/CDs | | $26,837.66 | $0.00 | |
| | | | Subtotal | | $38,728.53 | $40,771.63 | |
| | | | Less: Payments to debtors | | $0.00 | $37,680.97 | |
| | | | Net | | $38,728.53 | $3,090.66 | |

| For the period of 6/29/2010 to 4/28/2014 | | For the entire history of the account between 07/25/2011 to 4/28/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $38,728.53 | Total Compensable Receipts: | $38,728.53 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $38,728.53 | Total Comp/Non Comp Receipts: | $38,728.53 |
| Total Internal/Transfer Receipts: | $26,837.66 | Total Internal/Transfer Receipts: | $26,837.66 |
| | | | |
| Total Compensable Disbursements: | $3,090.66 | Total Compensable Disbursements: | $3,090.66 |
| Total Non-Compensable Disbursements: | $37,680.97 | Total Non-Compensable Disbursements: | $37,680.97 |
| Total Comp/Non Comp Disbursements: | $40,771.63 | Total Comp/Non Comp Disbursements: | $40,771.63 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-28864 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | PEREYRA, EDUARDO BERNAL | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***7894 | | Checking Acct #: | ******8864 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/29/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/28/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2011 | | Transfer From # ******8864 | Transfer For Bond Payment | 9999-000 | $10.80 | | $10.80 |
| 03/02/2011 | 2 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $10.80 | $0.00 |
| | | | **TOTALS:** | | $10.80 | $10.80 | $0.00 |
| | | | Less: Bank transfers/CDs | | $10.80 | $0.00 | |
| | | | Subtotal | | $0.00 | $10.80 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $10.80 | |

| For the period of 6/29/2010 to 4/28/2014 | | For the entire history of the account between 02/17/2011 to 4/28/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $10.80 | Total Internal/Transfer Receipts: | $10.80 |
| | | | |
| Total Compensable Disbursements: | $10.80 | Total Compensable Disbursements: | $10.80 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10.80 | Total Comp/Non Comp Disbursements: | $10.80 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-28864 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | PEREYRA, EDUARDO BERNAL | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***7894 | | Money Market Acct #: | ******8864 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/29/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/28/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/23/2010 | (6) | Farmers Group. Inc. | comissions from renewal premiums from Farmers. | 1221-000 | $6,711.15 | | $6,711.15 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.02 | | $6,711.17 |
| 12/13/2010 | (6) | Farmers Group, Inc. | comissions from renewal premiums from Farmers | 1221-000 | $5,346.07 | | $12,057.24 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.39 | | $12,057.63 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.51 | | $12,058.14 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.46 | | $12,058.60 |
| 03/02/2011 | | Transfer To # ******8864 | Transfer For Bond Payment | 9999-000 | | $10.80 | $12,047.80 |
| 03/08/2011 | (6) | Farmers Group, Inc. | Insurance commisions renuwal policies. | 1221-000 | $1,848.37 | | $13,896.17 |
| 03/22/2011 | (6) | Farmer Group, Inc. | Insurance commisions renuwal policies. | 1221-000 | $9,043.36 | | $22,939.53 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.64 | | $22,940.17 |
| 04/08/2011 | (6) | Farmers Group, Inc. | Insurance commisions renual policies. | 1221-000 | $2,345.95 | | $25,286.12 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $1.00 | | $25,287.12 |
| 05/10/2011 | (6) | Farmers Group, Inc. | Insurance commisions renual policies. | 1221-000 | $516.21 | | $25,803.33 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $1.09 | | $25,804.42 |
| 06/10/2011 | (6) | Farmers group, Inc. | Insurance commisions renual policies. | 1221-000 | $824.51 | | $26,628.93 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $1.08 | | $26,630.01 |
| 07/15/2011 | (6) | Farmers Group, Inc. | Insurance commisions renual policies. | 1221-000 | $206.77 | | $26,836.78 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.88 | | $26,837.66 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $26,837.66 | $0.00 |

| | | | | SUBTOTALS | $26,848.46 | $26,848.46 | |

**FORM 2**
Page No: 6                    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 10-28864 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | PEREYRA, EDUARDO BERNAL | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***7894 | Money Market Acct #: | ******8864 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/29/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/28/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $26,848.46 | $26,848.46 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $26,848.46 |  |
|  |  |  | **Subtotal** |  | $26,848.46 | $0.00 |  |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 |  |
|  |  |  | **Net** |  | $26,848.46 | $0.00 |  |

**For the period of 6/29/2010 to 4/28/2014**

| | |
|---|---|
| Total Compensable Receipts: | $26,848.46 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $26,848.46 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $26,848.46 |

**For the entire history of the account between 11/23/2010 to 4/28/2014**

| | |
|---|---|
| Total Compensable Receipts: | $26,848.46 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $26,848.46 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $26,848.46 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-28864 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | PEREYRA, EDUARDO BERNAL | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***7894 | | | Money Market Acct #: | ******8864 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 6/29/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/28/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $65,576.99 | $40,782.43 | $24,794.56 |

For the period of 6/29/2010 to 4/28/2014

| | |
|---|---|
| Total Compensable Receipts: | $65,576.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $65,576.99 |
| Total Internal/Transfer Receipts: | $26,848.46 |
| | |
| Total Compensable Disbursements: | $3,101.46 |
| Total Non-Compensable Disbursements: | $37,680.97 |
| Total Comp/Non Comp Disbursements: | $40,782.43 |
| Total Internal/Transfer Disbursements: | $26,848.46 |

For the entire history of the case between 06/29/2010 to 4/28/2014

| | |
|---|---|
| Total Compensable Receipts: | $65,576.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $65,576.99 |
| Total Internal/Transfer Receipts: | $26,848.46 |
| | |
| Total Compensable Disbursements: | $3,101.46 |
| Total Non-Compensable Disbursements: | $37,680.97 |
| Total Comp/Non Comp Disbursements: | $40,782.43 |
| Total Internal/Transfer Disbursements: | $26,848.46 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

CLAIM ANALYSIS REPORT

| Case No.: | 10-28864 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | PEREYRA, EDUARDO BERNAL | | | Date: | 4/28/2014 |
| Claims Bar Date: | 02/24/2011 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR.<br><br>6 East Monroe<br>Suite 1004<br>Chicago IL 60603 | 11/25/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,539.60 | $3,539.60 | $0.00 | $0.00 | $0.00 | $3,539.60 |
| | HORACE FOX, JR.<br><br>6 East Monroe<br>Suite 1004<br>Chicago IL 60603 | 04/25/2014 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | LOIS WEST, POPOWCER KATTEN LTD<br><br>35 E. Wacker #1550<br>Chicago IL 60601 | 09/19/2013 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $1,464.00 | $1,464.00 | $0.00 | $0.00 | $0.00 | $1,464.00 |
| | DEPARTMENT OF THE TREASURY<br><br>IRS Center<br>Cinncinati OH 45999-0148 | 04/19/2014 | Other Chapter 7 Administrative Expense | Allowed | 2990-000 | $0.00 | $762.00 | $762.00 | $762.00 | $0.00 | $0.00 | $0.00 |
| | ILLINOIS DEPARTMENT OF REVENUE<br><br>POB 19053<br>Springfield IL 62794-9053 | 04/19/2014 | Other Chapter 7 Administrative Expense | Allowed | 2990-000 | $0.00 | $741.00 | $741.00 | $741.00 | $0.00 | $0.00 | $0.00 |
| | ILLINOIS DEPARTMENT OF REVENUE<br><br>POB 19009<br>Springfield IL 62794-9009 | 04/19/2014 | Other Chapter 7 Administrative Expense | Allowed | 2990-000 | $0.00 | $145.00 | $145.00 | $145.00 | $0.00 | $0.00 | $0.00 |
| 1 | COMMONWEALTH EDISON COMPANY<br>3 Lincoln Center<br>Attn: Bankruptcy Section<br>Oakbrook Terrace IL 60181 | 11/01/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,726.60 | $2,726.60 | $0.00 | $0.00 | $0.00 | $2,726.60 |

| Case No.: | 10-28864 | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | PEREYRA, EDUARDO BERNAL | | | | | | | Date: | 4/28/2014 |
| Claims Bar Date: | 02/24/2011 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>Norfolk VA 23541 | 01/25/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $21,041.81 | $21,041.81 | $0.00 | $0.00 | $0.00 | $21,041.81 |
| **Claim Notes:** | payment to Portfolio pob 12914 | | | | | | | | | | | |
| 3 | US BANK N.A.<br>P.O. Box 5229<br>Cincinnati OH 45201 | 02/10/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $551.97 | $551.97 | $0.00 | $0.00 | $0.00 | $551.97 |
| **Claim Notes:** | (3-1) line of credit | | | | | | | | | | | |
| 4 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 03/31/2011 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $5,108.99 | $5,108.99 | $0.00 | $0.00 | $0.00 | $5,108.99 |
| **Claim Notes:** | (4-1) CREDIT CARD DEBT, tardy | | | | | | | | | | | |
| 5 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 04/07/2011 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $9,704.64 | $9,704.64 | $0.00 | $0.00 | $0.00 | $9,704.64 |
| **Claim Notes:** | (5-1) CREDIT CARD DEBT, tardy | | | | | | | | | | | |
| 6 | FARMERS INS., EXCHANGE<br>Accounting Department<br>17000 W. 119th Street<br>Olathe KS 66061 | 09/14/2013 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $5,604.11 | $5,604.11 | $0.00 | $0.00 | $0.00 | $5,604.11 |
| **Claim Notes:** | late unnpri | | | | | | | | | | | |
| | PEREYRA, EDUARDO BERNAL<br>1247 NORTH ARTESIAN<br>CHICAGO IL 60622 | 04/14/2014 | Debtor Exemptions | Allowed | 8100-002 | $0.00 | $37,680.97 | $37,680.97 | $37,680.97 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Debtor Exemption- The amount of insurance commissions was 44,330.56. Debtor has been paid 37,149.42= (85%). | | | | | | | | | | | |
| | | | | | | | $89,070.69 | $89,070.69 | $39,328.97 | $0.00 | $0.00 | $49,741.72 |

# CLAIM ANALYSIS REPORT

| | | | | |
|---|---|---|---|---|
| **Case No.** | 10-28864 | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | PEREYRA, EDUARDO BERNAL | | **Date:** | 4/28/2014 |
| **Claims Bar Date:** | 02/24/2011 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $1,464.00 | $1,464.00 | $0.00 | $0.00 | $0.00 | $1,464.00 |
| Debtor Exemptions | $37,680.97 | $37,680.97 | $37,680.97 | $0.00 | $0.00 | $0.00 |
| General Unsecured 726(a)(2) | $24,320.38 | $24,320.38 | $0.00 | $0.00 | $0.00 | $24,320.38 |
| Other Chapter 7 Administrative Expense | $1,648.00 | $1,648.00 | $1,648.00 | $0.00 | $0.00 | $0.00 |
| Tardy General Unsecured 726(a)(3) | $20,417.74 | $20,417.74 | $0.00 | $0.00 | $0.00 | $20,417.74 |
| Trustee Compensation | $3,539.60 | $3,539.60 | $0.00 | $0.00 | $0.00 | $3,539.60 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 10-28864
Case Name: EDUARDO BERNAL PEREYRA
Trustee Name: Horace Fox, Jr.

| | |
|---|---:|
| Balance on hand: | $24,794.56 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $24,794.56 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Jr., Trustee Fees | $3,539.60 | $0.00 | $3,539.60 |
| Lois West, Popowcer Katten Ltd, Accountant for Trustee Fees | $1,464.00 | $0.00 | $1,464.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $5,003.60 |
| Remaining balance: | $19,790.96 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $19,790.96 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $19,790.96 |

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $24,320.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 81.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Commonwealth Edison Company | $2,726.60 | $0.00 | $2,218.80 |
| 2 | Portfolio Recovery Associates, LLC | $21,041.81 | $0.00 | $17,122.99 |
| 3 | US Bank N.A. | $551.97 | $0.00 | $449.17 |

Total to be paid to timely general unsecured claims:  $19,790.96
Remaining balance:  $0.00

Tardily filed claims of general (unsecured) creditors totaling $20,417.74 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 4 | American Express Bank, FSB | $5,108.99 | $0.00 | $0.00 |
| 5 | American Express Centurion Bank | $9,704.64 | $0.00 | $0.00 |
| 6 | Farmers Ins., Exchange | $5,604.11 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:  $0.00
Remaining balance:  $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**