**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-28864 |
| | § | |
| EDUARDO BERNAL PEREYRA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 s Dearborn, Room 713, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 06/26/2014, in Courtroom 682, United States Courthouse, . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   05/09/2014          By:   /s/ Horace Fox, Jr.
                                               Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-28864 |
| | § | |
| EDUARDO BERNAL PEREYRA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* — $65,576.99
*and approved disbursements of* — $40,782.43
*leaving a balance on hand of[1]:* — $24,794.56

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $24,794.56

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $3,539.60 | $0.00 | $3,539.60 |
| Lois West, Popowcer Katten Ltd, Accountant for Trustee Fees | $1,464.00 | $0.00 | $1,464.00 |

Total to be paid for chapter 7 administrative expenses: $5,003.60
Remaining balance: $19,790.96

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---:|
| Remaining balance: | $19,790.96 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $19,790.96 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $24,320.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 81.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Commonwealth Edison Company | $2,726.60 | $0.00 | $2,218.80 |
| 2 | Portfolio Recovery Associates, LLC | $21,041.81 | $0.00 | $17,122.99 |
| 3 | US Bank N.A. | $551.97 | $0.00 | $449.17 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $19,790.96 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $20,417.74 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 4 | American Express Bank, FSB | $5,108.99 | $0.00 | $0.00 |
| 5 | American Express Centurion Bank | $9,704.64 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 6 | Farmers Ins., Exchange | $5,604.11 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ Horace Fox, Jr.
Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 10-28864-JBS
Eduardo Bernal Pereyra                                                          Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: kseldon            Page 1 of 2           Date Rcvd: May 12, 2014
                             Form ID: pdf006          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2014.
db          +Eduardo Bernal Pereyra,    1247 North Artesian,    Chicago, IL 60622-2933
15774756    +Account Recovery Servi,    3031 N 114th St,    Wauwatosa, WI 53222-4218
17051300     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17085442     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15774762   #+Contract Callers Inc,    1058 Claussen Rd Ste 110,    Augusta, GA 30907-0301
18336756    +Ernestine Buie,    1645 S. Troy St.,    Chicago, IL 60623-2260
18336757    +Farmers Insurance,    4680 Wilshire Blvd.,    Attn: Legal Department,    Los Angeles,CA 90010-3807
18519834    +Farmers Insurance Exchange,    Attn: Accounting Department,    17000 W. 119th Street,
              Olathe, KS 66061-7064
15774763    +Fleet Cc,    300 Wakefield Dr,    Newark, DE 19702-5419
18336754    +Lakeside Bank,    2141 S. Indiana Ave.,    Chicago, IL 60616-1353
16716370   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,    c/o Beneficial,    POB 41067,
              Norfolk VA 23541)
18336755    +Slobodan Mike Pavolovic,    5725 N. Kenmore Ave.,    Chicago, IL 60660-4541
16794377   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15774757    +E-mail/PDF: recoverybankruptcy@afninet.com May 13 2014 00:49:18     Afni,
              404 Brock Dr   Po Box 3097,    Bloomington, IL 61701-2654
16365786    +E-mail/Text: legalcollections@comed.com May 13 2014 00:55:15     Commonwealth Edison Company,
              3 Lincoln Center,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
15774764    +E-mail/Text: Bankruptcy@icsystem.com May 13 2014 00:49:01     I C System Inc,    Po Box 64378,
              Saint Paul, MN 55164-0378
15774765    +E-mail/Text: bankruptcydpt@mcmcg.com May 13 2014 00:48:52     Midland Credit Mgmt,    8875 Aero Dr,
              San Diego, CA 92123-2255
                                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15774759      Benfcl/Hfc
15774761      Chase
15774766*  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  Us Bank,    Po Box 790084,    Saint Louis, MO 63179)
15774758   ##+Beneficial/Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
15774760   ##++CBE GROUP,    131 TOWER PARK DR STE 100,    WATERLOO IA 50701-9374
             (address filed with court:  Cbe Group,    131 Towe Park Dr Suite 1,    Waterloo, IA 50702)
                                                                                             TOTALS: 2, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: kseldon             Page 2 of 2              Date Rcvd: May 12, 2014
                              Form ID: pdf006           Total Noticed: 17
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2014 at the address(es) listed below:
              Bruce E de'Medici    on behalf of Trustee Horace  Fox, JR bdemedici@gmail.com
              Horace  Fox, JR    on behalf of Accountant Lois  West foxhorace@aol.com,
               hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
              Horace  Fox, JR    foxhorace@aol.com,
               hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert  Augenlicht    on behalf of Debtor Eduardo Bernal Pereyra raugenlicht@kalawchicago.com
              Todd J Ruchman    on behalf of Creditor   JPMorgan Chase Bank, National Association
               truchman@fisherandshapirolaw.com,  BK_IL_Notice@fisherandshapirolaw.com
                                                                                             TOTAL: 6
```