**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 10-28864 |
|---|---|---|
| | § | |
| EDUARDO BERNAL PEREYRA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $181,084.99 | Assets Exempt: | $53,099.39 |
| Total Distributions to Claimants: | $19,790.96 | Claims Discharged Without Payment: | $67,980.16 |
| Total Expenses of Administration: | $8,105.06 | | |

3) Total gross receipts of $65,576.99 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $37,680.97 (see **Exhibit 2),** yielded net receipts of $27,896.02 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $312,909.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $8,105.06 | $8,105.06 | $8,105.06 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $43,760.00 | $44,738.12 | $44,738.12 | $19,790.96 |
| **Total Disbursements** | $356,669.00 | $52,843.18 | $52,843.18 | $27,896.02 |

4). This case was originally filed under chapter 7 on 06/29/2010. The case was pending for 50 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/15/2014     By:  /s/ Horace Fox, Jr.
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Farmers Group Inc. Comissions due debtor, from insurance renewals. | 1221-000 | $44,330.56 |
| estate portion of debtor contract with Farmer's | 1229-000 | $21,233.00 |
| Refund 2010 | 1229-000 | $1.40 |
| Refund 2011 | 1229-000 | $5.96 |
| Interest Earned | 1270-000 | $6.07 |
| **TOTAL GROSS RECEIPTS** | | $65,576.99 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| EDUARDO BERNAL PEREYRA | Exemptions | 8100-002 | $37,149.42 |
| PEREYRA, EDUARDO BERNAL | Exemptions | 8100-002 | $531.55 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $37,680.97 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase | 4110-000 | $312,909.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $312,909.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $3,539.60 | $3,539.60 | $3,539.60 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $21.56 | $21.56 | $21.56 |
| International Sureties, Ltd. | 2300-000 | NA | $81.83 | $81.83 | $81.83 |
| Green Bank | 2600-000 | NA | $1,350.07 | $1,350.07 | $1,350.07 |
| Department of the Treasury | 2810-000 | NA | $762.00 | $762.00 | $762.00 |
| Illinois Department Of | 2820-000 | NA | $886.00 | $886.00 | $886.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Revenue | | | | | |
| Lois West, Popowcer Katten Ltd, Accountant for Trustee | 3410-000 | NA | $1,464.00 | $1,464.00 | $1,464.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $8,105.06 | $8,105.06 | $8,105.06 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | $0.00 | $2,726.60 | $2,726.60 | $2,218.80 |
| 2 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $21,041.81 | $21,041.81 | $17,122.99 |
| 3 | US Bank N.A. | 7100-000 | $727.00 | $551.97 | $551.97 | $449.17 |
| 4 | American Express Bank, FSB | 7200-000 | $0.00 | $5,108.99 | $5,108.99 | $0.00 |
| 5 | American Express Centurion Bank | 7200-000 | $0.00 | $9,704.64 | $9,704.64 | $0.00 |
| 6 | Farmers Ins., Exchange | 7200-000 | $0.00 | $5,604.11 | $5,604.11 | $0.00 |
| | Account Recovery Servi | 7100-000 | $554.00 | $0.00 | $0.00 | $0.00 |
| | Account Recovery Servi | 7100-000 | $388.00 | $0.00 | $0.00 | $0.00 |
| | Afni | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Beneficial/Hfc | 7100-000 | $21,041.00 | $0.00 | $0.00 | $0.00 |
| | Benfcl/Hfc | 7100-000 | $16,670.00 | $0.00 | $0.00 | $0.00 |
| | Cbe Group | 7100-000 | $1,459.00 | $0.00 | $0.00 | $0.00 |
| | Cbe Group | 7100-000 | $587.00 | $0.00 | $0.00 | $0.00 |
| | Contract Callers Inc | 7100-000 | $679.00 | $0.00 | $0.00 | $0.00 |
| | Fleet Cc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | I C System Inc | 7100-000 | $843.00 | $0.00 | $0.00 | $0.00 |
| | Midland Credit Mgmt | 7100-000 | $812.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $43,760.00 | $44,738.12 | $44,738.12 | $19,790.96 |

**UST Form 101-7-TDR (10/1/2010)**

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 10-28864 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | PEREYRA, EDUARDO BERNAL | | | Date Filed (f) or Converted (c): | 06/29/2010 (f) |
| For the Period Ending: | 8/15/2014 | | | §341(a) Meeting Date: | 08/31/2010 |
| | | | | Claims Bar Date: | 02/24/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1247 N. Artisian, Chicago Illinois 60622 | $175,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Schedule D amended to show lien of 312k+ Order abandoning 2.8.11 | | | | | |
| 2 | Lakeside Bank Checking Account 55 W. Wacker Dr. Chicago, IL 60601 | $85.00 | $84.99 | | $0.00 | FA |
| Asset Notes: | Debtor has liberal right to amend to take available exemption for bank. account | | | | | |
| 3 | Location: 1247 North Artesian, Chicago IL 60622 Living room furniture $500; family room furniture $750; dining room furniture $300; Kitchen items $200; Bedroom furniture $450; Personal Items $1150 located in garage and basement | $3,350.00 | $0.00 | | $0.00 | FA |
| 4 | MulinTBG Farmers Agency Force Deferred Compensation Plan/ pension | $12,068.41 | $0.00 | | $0.00 | FA |
| 5 | Past due rent for tenant living in Unit 2 of 1247 N. Artesian Chicago, IL 60622 Tenant is unemployed and Debtor/Landlord has been allowing tenant to make whatever payments tenant can to stay in property | $6,000.00 | $6,000.00 | | $0.00 | FA |
| Asset Notes: | Tenant is unemployed having no ability to pay. | | | | | |
| 6 | Farmers Group Inc. Comissions due debtor, from insurance renewals. (u) | $0.00 | $6,649.59 | | $44,330.56 | FA |
| Asset Notes: | There may be more renewal commissions coming. Pursuant to amended C filed 1.6.12 exemption claimed (85% earnings) renewal premiums. When 85% check written to debtor, for exemption, there was $43,705.21 in the account (85% of which is 37,149.42)Correct figure, taking into account interest and debits is 44,330.56 (85% of which is 37680.97) of which 37149.42 has been paid. Pay the difference to debtor, 531.55 to debtor all of which had been received from State Farm for renewal premiums. | | | | | |
| 7 | estate portion of debtor contract with Farmer's (u) | $0.00 | $21,233.00 | | $21,233.00 | FA |
| 8 | Refund 2010 (u) | $0.00 | $1.40 | | $1.40 | FA |
| 9 | Refund 2011 (u) | $0.00 | $5.96 | | $5.96 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $6.07 | Unknown |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2        Exhibit 8

| Case No.: | 10-28864 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | PEREYRA, EDUARDO BERNAL | Date Filed (f) or Converted (c): | 06/29/2010 (f) |
| For the Period Ending: | 8/15/2014 | §341(a) Meeting Date: | 08/31/2010 |
| | | Claims Bar Date: | 02/24/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**TOTALS (Excluding unknown value)**

|   |   |   |   |   | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
|   | $196,503.41 | $33,974.94 |   | $65,576.99 | $0.00 |

**Major Activities affecting case closing:**

Claim 6 (ins. company) also late filed unsecured.

Lois West hired 12.1.13  Taxes completed. 2.2.14

Claims 4, 5 and 6 tardy, unsecured.

Most pay the 85% exemption (735 ILCS section 5/12-803) before final report because there is no place in uniform reports to record exemption expenditures. 4.17.14

Final report filed in court 5.9.14 and set in court 6.26.14, 682, at 10:30 am.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 3     Exhibit 8

| Case No.: | 10-28864 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | PEREYRA, EDUARDO BERNAL | | | Date Filed (f) or Converted (c): | 06/29/2010 (f) |
| For the Period Ending: | 8/15/2014 | | | §341(a) Meeting Date: | 08/31/2010 |
| | | | | Claims Bar Date: | 02/24/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Wrote a check to debtor for 85% of the account balance, since debtor filed a proper exemption for 85% of what came in post petition as wages.  Have a case that supports that result.
Debtor will no longer be working for State Farm and there should be no more money coming in from renewal commissions for business previously written.  6.21.12

Forms 1 and 2 to accountant re: taxes 7.31.12

Farmer's states they will pay a portion of the debtor's contract value to the bankruptcy estate, $21,233.  8.15.12

Last installment on value of debtor's contract to be mailed  12.31.12.

Remainder of value of contract between debtor and Farmer's came in 12.21.12.
Asked attorney to file motion to approve and accountant to prepare taxes ( appoint her ).12.27.12

Requested status on taxes and motions to appoint and compromise. 1.12.13

Examined claims, all are unsecured, non priority and before the claims bar date, except claims 4 and 5, both for American Express. 3.21.13

Last pay received on bankruptcy estate portion of value of contract.  Approve sale. 7.29.13

Examined claims 10.28.13
New attorney and I are looking for a way to value the remainder of the renewal commissions as a basis for settlement.  New attorney said he would amend exemptions, claiming 85% as income.

New attorney claimed proper exemption claiming 85% as wages. 1.6.12

Check came in 3.9.12

Spoke to Farmers to determine how much money there is left to come in on renewal premiums.  Then we can settle, but will be limited to 15% of what is collected.  3.12.12
Debtor says he can not settle, due to 29k deducted from check, but we need a settlement to close.  No attorney time this case, no claims need to objected to. 10.13.11

Spoke to new debtor's attorney, Augenlicht, re fining out what is the remainder of the universe of renewal commissions and agreeingon a number, filing a motion to approve and settling finally.  New counsel said he would file amended C claiming 85% of bk estate bank account as income.  I would call this pre petition $ and therefore property of the estate, b/c they are from policies that were written before the bk filing and were renewed after the filing.  Informed Augenlicht to copy Bruce de 'Medici on all correspondence.
New attorney for debtor robert J. Augenlicht, Kurtz and Augenlicht raugenlicht@kalawchi.com

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4       Exhibit 8

| **Case No.:** | 10-28864 | | | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|---|---|
| **Case Name:** | PEREYRA, EDUARDO BERNAL | | | **Date Filed (f) or Converted (c):** | 06/29/2010 (f) |
| **For the Period Ending:** | 8/15/2014 | | | **§341(a) Meeting Date:** | 08/31/2010 |
| | | | | **Claims Bar Date:** | 02/24/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Maybe another 6k or so. Farmer's attorney back from maternity leave. Need to settle this case. Getting data of what he has earned in the last year, upon which to base settlement figure.  3.2.2011

Farmer's apportions renewal commisions: non Farmers 50% each to debtor and bankruptcy estate and Farmers 40% to debtor and 60% to bankruptcy estate.  Spoke to Farmers today and have previously spoken to debtor's attorney about coming to a settlment on future commissions to avoid having to keep case open as money dribbles in.  I will get a history upon which to base any agreement we come to. 1.28.2011

Recieved check 11.22.10 from Farmers for renewal insurance comissions.  Got second check from Farmers.

Assets equals commmissions from Farmers.  Looking at law on commissions earned.

| | | | | | |
|---|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2011 | **Current Projected Date Of Final Report (TFR):** | 04/18/2014 | /s/ HORACE FOX, JR. | |
| | | | | HORACE FOX, JR. | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 10-28864 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | PEREYRA, EDUARDO BERNAL | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7894 | | | Checking Acct #: | ******6401 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 6/29/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/15/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $26,837.66 | | $26,837.66 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $9.77 | $26,827.89 |
| 08/08/2011 | (6) | Farmers Group, Inc. | Insurance premium renewal | 1221-000 | $1,400.64 | | $28,228.53 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $44.96 | $28,183.57 |
| 09/13/2011 | (6) | Farmers Group, Inc. | Insurance premium renewal | 1221-000 | $2,485.17 | | $30,668.74 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $49.40 | $30,619.34 |
| 10/12/2011 | (6) | Farmer's Group Inc. | Insurance premium renewal | 1221-000 | $1,670.24 | | $32,289.58 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $47.87 | $32,241.71 |
| 11/08/2011 | (6) | Farmer's Group | Insurance premium renewal | 1221-000 | $2,055.36 | | $34,297.07 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $52.59 | $34,244.48 |
| 12/08/2011 | (6) | Farmers Group Inc. | Insurance premium renewal | 1221-000 | $1,969.17 | | $36,213.65 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $57.61 | $36,156.04 |
| 01/10/2012 | (6) | Farmers Group, Inc. | Insurance renewal fee | 1221-000 | $2,179.98 | | $38,336.02 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $60.72 | $38,275.30 |
| 02/06/2012 | (6) | Farmers Group, Inc. | Insurance renewal fee | 1221-000 | $1,356.94 | | $39,632.24 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $38.28 | $39,593.96 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $59.30 | $39,534.66 |
| 03/09/2012 | (6) | Farmers Group, Inc. | Insurance renual fee | 1221-000 | $1,598.96 | | $41,133.62 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $67.60 | $41,066.02 |
| 04/09/2012 | (6) | Farmers Group, Inc. | Insurance renewal fee | 1221-000 | $1,540.57 | | $42,606.59 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $63.67 | $42,542.92 |
| 05/07/2012 | (6) | Farmers Group, Inc. | Insurance renewal commission | 1221-000 | $165.09 | | $42,708.01 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $68.85 | $42,639.16 |
| 06/11/2012 | (6) | Farmers Group, Inc. | Insurance renewal fee | 1221-000 | $1,066.05 | | $43,705.21 |
| 06/21/2012 | 5002 | EDUARDO BERNAL PEREYRA | Amount to be paid to debtor % 85 exemptions. | 8100-002 | | $37,149.42 | $6,555.79 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $56.37 | $6,499.42 |
| 10/02/2012 | (7) | Farmers Group, Inc. | value of contract between debtor and Farmers(2 installments). | 1229-000 | $18,111.14 | | $24,610.56 |
| | | | **SUBTOTALS** | | **$62,436.97** | **$37,826.41** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-28864 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | PEREYRA, EDUARDO BERNAL | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7894 | | | Checking Acct #: | ******6401 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 6/29/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/15/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/06/2012 | | Green Bank | Bank Service Fee for November, 2012 | 2600-000 | | $40.99 | $24,569.57 |
| 12/21/2012 | (7) | Farmer Group, Inc. | second installment of value of contract between debtor and Farmers. | 1229-000 | $3,121.86 | | $27,691.43 |
| 01/07/2013 | | Green Bank | Bank Service Fee for December, 2012 | 2600-000 | | $38.39 | $27,653.04 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $44.63 | $27,608.41 |
| 02/05/2013 | 5003 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $32.75 | $27,575.66 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $40.21 | $27,535.45 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $44.43 | $27,491.02 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $42.93 | $27,448.09 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $47.15 | $27,400.94 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $39.93 | $27,361.01 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $44.15 | $27,316.86 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $46.92 | $27,269.94 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $39.74 | $27,230.20 |
| 09/30/2013 | 5004 | Department of the Treasury | 2011 tax return-Internal Revenue Services tax fees | 2810-000 | | $762.00 | $26,468.20 |
| 09/30/2013 | 5005 | Illinois Department Of Revenue | 2011 Tax Return Il dept of Revenue | 2820-000 | | $741.00 | $25,727.20 |
| 09/30/2013 | 5006 | Illinois Department of Revenue | 2010 Tax Return Il Dept Of Revenue | 2820-000 | | $145.00 | $25,582.20 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $41.74 | $25,540.46 |
| 11/27/2013 | (8) | JUDY BAAR TOPINKA | Income Tax Refund Period ending 2010 | 1229-000 | $1.40 | | $25,541.86 |
| 11/27/2013 | (9) | JUDY BAAR TOPINKA | Income Tax Period ending 12-2011 | 1229-000 | $5.96 | | $25,547.82 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $41.21 | $25,506.61 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $39.83 | $25,466.78 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $43.74 | $25,423.04 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $37.05 | $25,385.99 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $38.32 | $25,347.67 |
| 04/01/2014 | 5007 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $21.56 | $25,326.11 |
| 04/16/2014 | 5008 | PEREYRA, EDUARDO BERNAL | Exemption balance of $531.55 paid (37680.97-37,149.42 previously paid) to debtor. 4.17.14 | 8100-002 | | $531.55 | $24,794.56 |
| | | | **SUBTOTALS** | | **$3,129.22** | **$2,945.22** | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-28864 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | PEREYRA, EDUARDO BERNAL | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7894 | | | Checking Acct #: | ******6401 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 6/29/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/15/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/27/2014 | 5009 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $3,539.60 | $21,254.96 |
| 06/27/2014 | 5010 | Lois West, Popowcer Katten Ltd | Final Account Number: ; Claim #: ; Dividend: 5.90; Amount Allowed: 1,464.00; Notes: ; Account Number: ; Distribution Dividend: {$v | 3410-000 | | $1,464.00 | $19,790.96 |
| 06/27/2014 | 5011 | Commonwealth Edison Company | Final Account Number: ; Claim #: 1; Dividend: 8.94; Amount Allowed: 2,726.60; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $2,218.80 | $17,572.16 |
| 06/27/2014 | 5012 | Portfolio Recovery Associates, LLC | Final Account Number: ; Claim #: 2; Dividend: 69.05; Amount Allowed: 21,041.81; Notes: payment to Portfolio pob 12914; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $17,122.99 | $449.17 |
| 06/27/2014 | 5013 | US Bank N.A. | Final Account Number: ; Claim #: 3; Dividend: 1.81; Amount Allowed: 551.97; Notes: (3-1) line of credit; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $449.17 | $0.00 |
| | | | TOTALS: | | $65,566.19 | $65,566.19 | $0.00 |
| | | | Less: Bank transfers/CDs | | $26,837.66 | $0.00 | |
| | | | Subtotal | | $38,728.53 | $65,566.19 | |
| | | | Less: Payments to debtors | | $0.00 | $37,680.97 | |
| | | | Net | | $38,728.53 | $27,885.22 | |

For the period of 6/29/2010 to 8/15/2014

| | |
|---|---|
| Total Compensable Receipts: | $38,728.53 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $38,728.53 |
| Total Internal/Transfer Receipts: | $26,837.66 |
| | |
| Total Compensable Disbursements: | $27,885.22 |
| Total Non-Compensable Disbursements: | $37,680.97 |
| Total Comp/Non Comp Disbursements: | $65,566.19 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 07/25/2011 to 8/15/2014

| | |
|---|---|
| Total Compensable Receipts: | $38,728.53 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $38,728.53 |
| Total Internal/Transfer Receipts: | $26,837.66 |
| | |
| Total Compensable Disbursements: | $27,885.22 |
| Total Non-Compensable Disbursements: | $37,680.97 |
| Total Comp/Non Comp Disbursements: | $65,566.19 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-28864 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | PEREYRA, EDUARDO BERNAL | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***7894 | | Checking Acct #: | ******8864 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/29/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/15/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/02/2011 | | Transfer From # ******8864 | Transfer For Bond Payment | 9999-000 | $10.80 | | $10.80 |
| 03/02/2011 | 2 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $10.80 | $0.00 |
| | | | **TOTALS:** | | $10.80 | $10.80 | $0.00 |
| | | | Less: Bank transfers/CDs | | $10.80 | $0.00 | |
| | | | Subtotal | | $0.00 | $10.80 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $10.80 | |

| For the period of 6/29/2010 to 8/15/2014 | | For the entire history of the account between 02/17/2011 to 8/15/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $10.80 | Total Internal/Transfer Receipts: | $10.80 |
| | | | |
| Total Compensable Disbursements: | $10.80 | Total Compensable Disbursements: | $10.80 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10.80 | Total Comp/Non Comp Disbursements: | $10.80 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-28864 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | PEREYRA, EDUARDO BERNAL | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***7894 | | Money Market Acct #: | ******8864 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/29/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/15/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/23/2010 | (6) | Farmers Group. Inc. | comissions from renewal premiums from Farmers. | 1221-000 | $6,711.15 | | $6,711.15 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.02 | | $6,711.17 |
| 12/13/2010 | (6) | Farmers Group, Inc. | comissions from renewal premiums from Farmers | 1221-000 | $5,346.07 | | $12,057.24 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.39 | | $12,057.63 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.51 | | $12,058.14 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.46 | | $12,058.60 |
| 03/02/2011 | | Transfer To # ******8864 | Transfer For Bond Payment | 9999-000 | | $10.80 | $12,047.80 |
| 03/08/2011 | (6) | Farmers Group, Inc. | Insurance commisions renuwal policies. | 1221-000 | $1,848.37 | | $13,896.17 |
| 03/22/2011 | (6) | Farmer Group, Inc. | Insurance commisions renuwal policies. | 1221-000 | $9,043.36 | | $22,939.53 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.64 | | $22,940.17 |
| 04/08/2011 | (6) | Farmers Group, Inc. | Insurance commisions renual policies. | 1221-000 | $2,345.95 | | $25,286.12 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $1.00 | | $25,287.12 |
| 05/10/2011 | (6) | Farmers Group, Inc. | Insurance commisions renual policies. | 1221-000 | $516.21 | | $25,803.33 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $1.09 | | $25,804.42 |
| 06/10/2011 | (6) | Farmers group, Inc. | Insurance commisions renual policies. | 1221-000 | $824.51 | | $26,628.93 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $1.08 | | $26,630.01 |
| 07/15/2011 | (6) | Farmers Group, Inc. | Insurance commisions renual policies. | 1221-000 | $206.77 | | $26,836.78 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $0.88 | | $26,837.66 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $26,837.66 | $0.00 |

**SUBTOTALS** $26,848.46 $26,848.46

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-28864 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | PEREYRA, EDUARDO BERNAL | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***7894 | | | Money Market Acct #: | ******8864 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 6/29/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/15/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $26,848.46 | $26,848.46 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank transfers/CDs | | $0.00 | $26,848.46 | |
| | | | **Subtotal** | | $26,848.46 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $26,848.46 | $0.00 | |

| **For the period of 6/29/2010 to 8/15/2014** | | **For the entire history of the account between 11/23/2010 to 8/15/2014** | |
|---|---|---|---|
| Total Compensable Receipts: | $26,848.46 | Total Compensable Receipts: | $26,848.46 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $26,848.46 | Total Comp/Non Comp Receipts: | $26,848.46 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $26,848.46 | Total Internal/Transfer Disbursements: | $26,848.46 |

Page No: 7    Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 10-28864 | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | PEREYRA, EDUARDO BERNAL | **Bank Name:** | STERLING BANK |
| **Primary Taxpayer ID #:** | **-***7894 | **Money Market Acct #:** | ******8864 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 6/29/2010 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/15/2014 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $65,576.99 | $65,576.99 | $0.00 |

**For the period of 6/29/2010 to 8/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $65,576.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $65,576.99 |
| Total Internal/Transfer Receipts: | $26,848.46 |
| | |
| Total Compensable Disbursements: | $27,896.02 |
| Total Non-Compensable Disbursements: | $37,680.97 |
| Total Comp/Non Comp Disbursements: | $65,576.99 |
| Total Internal/Transfer Disbursements: | $26,848.46 |

**For the entire history of the case between 06/29/2010 to 8/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $65,576.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $65,576.99 |
| Total Internal/Transfer Receipts: | $26,848.46 |
| | |
| Total Compensable Disbursements: | $27,896.02 |
| Total Non-Compensable Disbursements: | $37,680.97 |
| Total Comp/Non Comp Disbursements: | $65,576.99 |
| Total Internal/Transfer Disbursements: | $26,848.46 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.